1  Amy M. Samberg
   Nevada Bar No. 10212
2  Joshua D. Cools
   Nevada Bar No. 11941
3  SNELL & WILMER L.L.P.
4  3883 Howard Hughes Pkwy, Suite 1100
   Las Vegas, NV  89169
5  Telephone:  702.784.5200
   Facsimile:   702.784.5252
6  Email:  asamberg@swlaw.com
7  Email:  jcools@swlaw.com

8  Attorneys for Defendant Colorado Casualty
   Insurance Company
9
                    IN THE UNITED STATES DISTRICT COURT
10
                              DISTRICT OF NEVADA
11

12  SANDRA MARTINEZ, an individual          Case No.  2:10-cv-01697-PMP-PAL

13                  Plaintiff,              **STIPULATION AND
                                            ORDER FOR DISMISSAL WITH
14          vs.                             PREJUDICE**

15  COLORADO CASUALTY INSURANCE
    COMPANY, a Massachusetts Corporation;
16  DOES I through X,

17                  Defendants.

18

19      IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SANDRA

20  MARTINEZ AND Defendant COLORADO CASUALTY INSURANCE COMPANY through

21  / / /

22  / / /

23  / / /

24  / / /

25  / / /

26  / / /

27  / / /

28  / / /

14119053

their respective counsel of record that the above matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorneys fees.

Dated: December 14 2011.  Dated: December 8 2011.

SNELL & WILMER L.L.P.  VANNAH & VANNAH

By: /s/ Amy D. Cools  By: /s/ Matthew Vannah
Amy M. Samberg, Esq.  Matthew R. Vannah, Esq.
Joshua D. Cools, Esq.  400 South Fourth Street, 6th Floor
3883 Howard Hughes Pkwy., Ste. 1100  Las Vegas, NV 89101
Las Vegas, NV 89169

Attorneys for Plaintiff
Attorneys for Defendant  SANDRA MARTINEZ
COLORADO CASUALTY
INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

DATED this __ 15th day of December, 2011.

/s/ Philip M. Pro
_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Amy D. Cools
_____
Amy M. Samberg
Nevada Bar No. 10212
Joshua D. Cools
Nevada Bar No. 11941
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
COLORADO CASUALTY
INSURANCE COMPANY

14119053

- 2 -