1  Amy M. Samberg
   Nevada Bar No. 10212
2  Joshua D. Cools
   Nevada Bar No. 11941
3  SNELL & WILMER L.L.P.
4  3883 Howard Hughes Pkwy, Suite 1100
   Las Vegas, NV 89169
5  Telephone: 702.784.5200
   Facsimile: 702.784.5252
6  Email: asamberg@swlaw.com
7  Email: jcools@swlaw.com

8  Attorneys for Defendant Colorado Casualty
   Insurance Company

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

| | |
|---|---|
| SANDRA MARTINEZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>COLORADO CASUALTY INSURANCE COMPANY, a Massachusetts Corporation; DOES I through X,<br><br>Defendants. | Case No. 2:10-cv-01697-PMP-PAL<br><br>**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE** |

IT IS HEREBY STIPULATED AND AGREED by and between Plaintiff SANDRA MARTINEZ AND Defendant COLORADO CASUALTY INSURANCE COMPANY through

/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /
/ / /

14119053

their respective counsel of record that the above matter be dismissed with prejudice in its entirety with each party to bear their own costs and attorneys fees.

Dated: December 14 2011.　　　　　　　　　Dated: December 8 2011.

SNELL & WILMER L.L.P.　　　　　　　　　　VANNAH & VANNAH

By: /s/ Joshua D. Cools　　　　　　　　　　　By: /s/ Matthew R. Vannah
Amy M. Samberg, Esq.　　　　　　　　　　　　Matthew R. Vannah, Esq.
Joshua D. Cools, Esq.　　　　　　　　　　　　400 South Fourth Street, 6th Floor
3883 Howard Hughes Pkwy., Ste. 1100　　　　Las Vegas, NV 89101
Las Vegas, NV 89169

　　　　　　　　　　　　　　　　　　　　　　　Attorneys for Plaintiff
Attorneys for Defendant　　　　　　　　　　　SANDRA MARTINEZ
COLORADO CASUALTY
INSURANCE COMPANY

**ORDER**

IT IS SO ORDERED.

DATED this __ 15th day of December, 2011.

_____
UNITED STATES DISTRICT COURT JUDGE

Prepared and Submitted by:
SNELL & WILMER L.L.P.

/s/ Joshua D. Cools
Amy M. Samberg
Nevada Bar No. 10212
Joshua D. Cools
Nevada Bar No. 11941
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, NV 89169

Attorneys for Defendant
COLORADO CASUALTY
INSURANCE COMPANY

14119053

- 2 -